No. 75–1817. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK v. C. D. R. ENTERPRISES, LTD., ET AL. Affirmed on appeal from D. C. E. D. N. Y. MR. JUSTICE WHITE and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 74–1522. COLÓN, GOVERNOR OF PUERTO RICO, ET AL. v. ORTIZ ET AL. Appeal from D. C. Puerto Rico. Judgment vacated and case remanded for consideration of whether cause is moot.

No. 76–602. GURS v. GURS. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–614. FIRTH v. THOMPSON ET AL., JUSTICES OF SUPREME COURT OF NEVADA. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–642. CHASTEEN v. OKLAHOMA. Appeal from Ct. Crim. App. Okla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–696. POWELL MANUFACTURING CO., INC. v. HARRINGTON MANUFACTURING CO., INC. Appeal from Sup. Ct. N. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.